# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:06-CV-1501 (DNH)(GHL)

**CENTRAL NEW YORK FAIR BUSINESS ASSOCIATION;
CITIZENS EQUAL RIGHTS ALLIANCE; DAVID R. TOWNSEND,**
New York State Assemblyman; **MICHAEL J. HENNESSY,**
Oneida County Legislator; **JACK B. GARDNER,** Oneida County
Legislator; **MELVIN L. PHILLIPS; RICHARD TALLCOT;** and
**JERRY TITUS**

- v -

**DIRK KEMPTHORNE,** Secretary of the Interior, in his official
capacity; **CARL J. ARTMAN,** Associate Secretary of Indian
Affairs; **JAMES E. CASON,** Associate Deputy, Secretary of
Interior; **FRANKLIN KEEL,** Eastern Regional Director of the
Bureau of Indian Affairs; **KURT G. CHANDLER,** Eastern
Regional Environmental Scientist.

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendants' motion to dismiss is granted and the complaint is dismissed in its entirety, in accordance with the Memorandum-Decision and Order of the Honorable David N. Hurd, United States District Judge, filed on June 1, 2007.

June 1, 2007
**DATE**

_Lawrence K. Baerman_
Clerk of Court

C. Mergenthaler
**(BY) DEPUTY CLERK**

Entered and served on 6/1/07